GEORGE C. McCASKEY v. CUMBERLAND GLASS MANUFACTURING COMPANY.— Motion granted and appeal restored to calendar for the October term, 1920. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS I. SCHWARTZ & COMPANY, INC., v. LOUIS JURICK and Others.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.